In the Matter of the Application of KATHERINE E. BROWN to Compel I. NICK GORDON, an Attorney, to Pay over Certain Moneys.— Motion granted upon condition that appellant serve and file within ten days from service of order a surety company bond satisfactory as to amount and form to the attorney for the respondent, to secure payment of the amount required to be paid, with interest and costs, in the event of affirmance of the order appealed from or dismissal of the appeal.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN GALLAGHER.— Motion granted and the time of defendant in which to file the record on appeal and appellant's points extended to and including September 8, 1931, with notice of argument for October 6, 1931.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY D. TAIT.— Motion granted so far as to extend the appellant's time to serve and file a supplementary record on appeal and the appellant's points to the 20th day of August, 1931, with notice of argument for October 6, 1931.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE CONFORTE.— Motion granted, and the time of the appellant within which to file the record on appeal and appellant's points extended to and including the 24th day of August, 1931, with notice of argument for October 6, 1931.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CRISAFI.— Motion granted, and the time of the appellant within which to file the record on appeal and appellant's points extended to and including the 8th day of September, 1931, with notice of argument for October 6, 1931.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN HEFT.— Motion granted, and the time of the appellant in which to file the record on appeal and appellant's points extended to and including the 9th day of October, 1931, with notice of argument for November 4, 1931.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in the Place of BORRIS M. KOMAR, His Attorney of Record in an Action Entitled " Supreme Court, New York County, JAMES A. TILLMAN v. NEW YORK LIFE INSURANCE COMPANY (Action No. 18)."— Motion granted.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MORRIS DRESSMAN v. THE LONG ISLAND RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated.   Present — Finch, P..J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY K. ARNOLDI v. NEW YORK LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs.   Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BEVERLY BOGERT and Others v. SELMA HERZOG.— Application granted.   Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of BENJAMIN LEVITAS for Admission to the Bar.— Motion denied.   Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.